QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
REED DANIEL FRANCIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NEW NO.  1:05-cr-00487-AWI |
| *Plaintiff*, | (was 1:05MJ00337 SMS) |
| v. | STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON |
| REED DANIEL FRANCIS, | |
| *Defendant*. | |
| | Judge: Honorable Sandra M. Snyder |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, David L. Gappa, Assistant United States Attorney, counsel for Plaintiff, and Robert W. Rainwater, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Reed Daniel Francis shall be modified as follows:

 1) You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

 HOME INCARCERATION: You are restricted to your residence at all times except for medical needs or treatment, including treatment for mental health issues, religious services, and court appearances pre-approved by the Pretrial Services Officer.  You shall, in accordance with the release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of these devices as given to you by the pretrial services agency and employees of the

electronic monitoring contractor; you shall be personally responsible for the costs of participation in the electronic monitoring program and shall pay the monthly fee as instructed by the Pretrial Services agency; and you shall participate in a program of medical or psychiatric treatment and pay for costs as approved by the Pretrial Services officer.

2) The condition requiring Mr. Francis to seek and maintain employment, previously imposed by the court, is to be deleted from the conditions of release.

3) All the other conditions of release set by the court at the hearing on November 30, 2005, are to remain in full force and effect.

DATED:  December 1, 2005    MCGREGOR W. SCOTT
United States Attorney


     /s/ David Gappa
David Gappa
Assistant United States Attorney
Attorneys for PLAINTIFF


DATED:  December 1, 2005    QUIN DENVIR
Federal Public Defender


     /s/ Robert W. Rainwater
Robert W. Rainwater
Assistant Federal Defender
Attorneys for Reed Daniel Francis

# **O R D E R**

IT IS SO ORDERED AND STIPULATED.

DATED:     12/2/2005         /s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge
United States District Court
Eastern District of California

Stipulation to Modify Conditions of Pretrial Release