# United States District Court

__EASTERN__ DISTRICT OF __CALIFORNIA__

FILED 2005 DEC 2 A 10: 36

UNITED STATES OF AMERICA

V.

REED D. FRANCIS
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 1:05-CR-00487-AWI
(was 1:05-mj-00337-SMS)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) COURTROOM 3

U.S. DISTRICT COURT, JUDGE __Ishii__ on __Dec. 19, 2005   9:00 Am__
                                                              Date and Time                Place

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

FRANCIS, Reed  **ADDITIONAL CONDITIONS OF RELEASE**
05-0337M

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)  (6)  The defendant is placed in the custody of:

Name of person or organization  **Terry Francis**

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN OR PROXY

(X)  (7)  The defendant shall:
- (X)  (a)  maintain or actively seek employment, and provide proof thereof to the PSO upon request *
- ( )  (b)  maintain or commence an educational program.
- (X)  (c)  abide by the following restrictions on his personal associations, place of abode, or travel: Reside at a residence approved by the Pretrial Services Officer, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Northern District of California, except for direct travel to the Eastern District of California for court-related purposes only, unless otherwise approved in advance by PSO.
- (X)  (d)  refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.
- (X)  (e)  report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations.
- (X)  (f)  not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense.
- (X)  (g)  not access the Internet by any means, and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer.
- (X)  (h)  not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer.
- (X)  (i)  Pretrial Services shall advise your employer of the conditions of release that may limit your work-related use of a computer, or limit your work activities.
- (X)  (j)  executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $100,000 unsecured bond signed by Terry Francis, to be replaced by a total equity property bond secured by equity in property owned by Terry and Linda Francis.
- (X)  (k)  not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18.
- (X)  (l)  not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.
- (X)  (m)  not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.
- (X)  (n)  surrender any passport to the Clerk, United States District Court.
- (X)  (o)  obtain no passport during the pendency of this case.
- (X)  (p)  report in person to the Pretrial Services Agency on the first working day following your release from custody.
- (X)  (q)  you shall submit to drug and/or alcohol testing as directed by PSO.
- ( )  (r)  you shall report any prescriptions to PSO within 48 hours of receipt.
- ( )  (s)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.
  - ( )  (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the Pretrial Services office or supervising officer; or
  - ( )  (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or

* Stipulation to modify defendant's conditions of pretrial release & Order signed by Judge Snyder on 12/2/05 and filed, see attached

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)



| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
| | Federal Defender |
| 2 | ROBERT W. RAINWATER, Bar #67212 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | REED DANIEL FRANCIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NEW NO.   1:05-cr-00487-AWI |
| | ) | |
| Plaintiff, | ) | (was 1:05MJ00337 SMS) |
| | ) | |
| v. | ) | STIPULATION TO MODIFY DEFENDANT'S |
| | ) | CONDITIONS OF PRETRIAL RELEASE AND |
| REED DANIEL FRANCIS, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | Judge: Honorable Sandra M. Snyder |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, David L. Gappa, Assistant United States Attorney, counsel for Plaintiff, and Robert W. Rainwater, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Reed Daniel Francis shall be modified as follows:

1) You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

HOME INCARCERATION: You are restricted to your residence at all times except for medical needs or treatment, including treatment for mental health issues, religious services, and court appearances pre-approved by the Pretrial Services Officer. You shall, in accordance with the release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of these devices as given to you by the pretrial services agency and employees of the

electronic monitoring contractor; you shall be personally responsible for the costs of participation in the electronic monitoring program and shall pay the monthly fee as instructed by the Pretrial Services agency; and you shall participate in a program of medical or psychiatric treatment and pay for costs as approved by the Pretrial Services officer.

2) The condition requiring Mr. Francis to seek and maintain employment, previously imposed by the court, is to be deleted from the conditions of release.

3) All the other conditions of release set by the court at the hearing on November 30, 2005, are to remain in full force and effect.

DATED: December 1, 2005                MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ David Gappa
                                       David Gappa
                                       Assistant United States Attorney
                                       Attorneys for PLAINTIFF



DATED: December 1, 2005                QUIN DENVIR
                                       Federal Public Defender


                                       /s/ Robert W. Rainwater
                                       Robert W. Rainwater
                                       Assistant Federal Defender
                                       Attorneys for Reed Daniel Francis


## ORDER

IT IS SO ORDERED AND STIPULATED.

DATED:  12/2/2005                      /s/ Sandra M. Snyder
                                       SANDRA M. SNYDER
                                       U.S. Magistrate Judge
                                       United States District Court
                                       Eastern District of California

Reed Francis  1:05 MJ-00337-SMS   Stayed until 4pm 11/30/05 –
Case 1:05-cr-00487-LJO   Document 14   Filed 12/02/05   Page 5 of 5   Govt. H written mtn.
AO 199C (Rev. 4/91) Advice of Penalties . . .                                          Page  5  of  5  Pages

SMS/05
11/30/05

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City and State                    Telephone

### Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _12-2-2005_                 _____
                                  Signature of Judicial Officer

                                  SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                  _____
                                  Name and Title of Judicial Officer