```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT R. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
```

Attorney for Defendant
Reed Daniel Francis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05- CR-00487 AWI |
| ) | |
| *Plaintiff*, ) | **APPLICATION FOR ORDER** |
| ) | **EXONERATING BOND AND FOR** |
| v. ) | **RECONVEYANCE OF REAL PROPERTY** |
| ) | **AND** |
| REED DANIEL FRANCIS, ) | **ORDER THEREON** |
| ) | |
| *Defendant*. ) | |
| ) | |

    Defendant Reed Daniel Francis hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

    On November 30, 2005, Mr. Francis appeared in this matter before Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a $100,000 real property bond.  A certified deed of trust and straight note were provided to this court by Terry A. and Linda L. Francis on January 3, 2006.

    On June 19, 2006,  Mr. Francis appeared before District Court Judge Anthony W. Ishii for sentencing, and was immediately remanded into custody.

    Since Mr. Francis has met the conditions in this matter, he requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond, located at 1014 La Terrace Circle, San Jose, CA, 95123, to Terry A. Francis and Linda L. Francis.

///
DATED:  July 24, 2006                    /s/ Robert W. Rainwater
                                         ROBERT W. RAINWATER
                                         Reed Daniel Francis


# **O R D E R**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property be reconveyed to Terry A. Francis and Linda L. Francis.


IT IS SO ORDERED.

**Dated:   October 5, 2006**                    /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property