BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:05-CR-00487-AWI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING |
| REED DANIEL FRANCIS, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for dispositional hearing on **January 12, 2015**, at 10:00 a.m. The Probation Officer assigned to this matter is currently on medical leave and does not expect to return to work until mid-January.  The Probation Officer has therefore been unable to complete a dispositional report.  In light of the Probation Officer's medical condition, the parties have stipulated that the matter be continued to **February 2, 2015**, at 10:00 a.m., or a date thereafter that is acceptable to the Court.  A proposed order appears below.

//

//

//

//

//

1

**STIPULATION AN ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys, that the dispositional hearing currently set for January 15, 2015 be continued to February 2, 2015.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 8, 2015              By:    /s/ Michael G. Tierney
                                           Michael G. Tierney
                                           Assistant United States Attorney


DATED: January 8, 2015              By:    /s/ Ann H. McGlenon
                                           Ann H. McGlenon
                                           Attorney for Reed Daniel Francis


**O R D E R**

IT IS SO ORDERED.

Dated:  January 8, 2015        _____
                                SENIOR  DISTRICT  JUDGE