IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  1:05-CR-00487-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| REED DANEIL FRANCIS, | |
| Defendant. | |

The above named defendant having been sentenced on January 30, 2017, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **January 30, 2017**               /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE