1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5
   Counsel for Defendant
6  REED DANIEL FRANCIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00487 LJO |
| *Plaintiff,* | |
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER **of DENIAL** |
| REED DANIEL FRANCIS, | |
| *Defendant.* | DATE: May 21, 2018<br>TIME: 8:15 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, David L. Gappa, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Reed Daniel Francis, that the sentencing hearing now set for May 21, 2018 **be continued to August 13, 2018, at 8:15 a.m.**

Counsel for Mr. Francis proposes this stipulation based on the need to consult an expert.

//
//
//
//
//
//

|   |   |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: May 17, 2018 | /s/ *David L. Gappa*<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: May 17, 2018 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>REED DANIEL FRANCIS |

## **O R D E R**

The request is DENIED. There has already been an admission. Based on the combination of the January 30, 2017 transcript and the Dispositional Memorandum, there is no legitimate good cause reason to continue this Dispositional Hearing. It will go forward as scheduled.

IT IS SO ORDERED.

Dated: **May 17, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE