HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
REED DANIEL FRANCIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00487 LJO |
|---|---|
| *Plaintiff,* | |
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| REED DANIEL FRANCIS, | |
| *Defendant.* | DATE: August 13, 2018<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, David L. Gappa, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Reed Daniel Francis, that the sentencing hearing now set for August 13, 2018 **be continued to September 4, 2018, at 10:30 a.m.**

Counsel for Mr. Francis proposes this stipulation because he inadvertently scheduled sentencing for the date he will return from out of country travel. Moreover, counsel is awaiting receipt of evaluation results and will need time to consider this information and prepare any appropriate filing.

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | Dated: July 30, 2018 | /s/ *David L. Gappa*<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Dated: July 30, 2018 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>REED DANIEL FRANCIS |

IT IS SO ORDERED.

    Dated: **July 30, 2018**              /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE