UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>Chief United States District Court Judge<br>Fresno, California | RE: Reed Daniel Francis<br>Docket Number: 1:05CR00487-01<br>**CONTINUANCE OF JUDGMENT AND SENTENCING** |

Your Honor:

The above matter is scheduled for judgment and sentencing before Your Honor on September 4, 2018, at 10:15 a.m. However, the undersigned officer will not be available as I will be attending the Supervision Summit in Murphy's, California, beginning the week of September 4, 2018. Although there will be a probation officer available to cover sentencing, the undersigned officer is well familiar with the case as I have supervised Mr. Francis since 2011. Because a psychiatric evaluation report may be presented, and an argument may be made for a lesser sentence, it is imperative that this officer be present.

The above request has been discussed with both counsel in representing this matter and both counsel have agreed to continue sentencing to October 15, 2018, at 10:15 a.m.

Respectfully submitted,

*/s/ Jose T. Pulido*

**Jose T. Pulido**
**Sr. United States Probation Officer**

Dated: August 28, 2018
Fresno, California
jtp

**REVIEWED BY:** */s/ Tim Mechem*

**Tim D. Mechem**
**Supervising United States Probation Officer**

**RE: Reed Daniel Francis
Docket Number: 1:05CR00487-01
CONTINUANCE OF JUDGMENT AND SENTENCING**

### ORDER OF THE COURT

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated: **August 29, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Attachment(s)

cc: David L. Gappa
Assistant United States Attorney

Victor Chavez
Assistant Federal Defender