IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:05-cr-00487 LJO |
|---|---|
| *Plaintiff,* | |
| vs. | ORDER FOR RELEASE |
| REED DANIEL FRANCIS, | |
| *Defendant.* | JUDGE: Lawrence J. O'Neill |

Having considered the defendant's sentencing arguments and input from the government and probation office, the court continues this matter for sentencing to January 14, 2019, at 8:15 a.m.

The court further finds that the defendant has rebutted the presumptions, under 18 U.S.C. §§ 3143(a) and 3142(e)(3)(E) that he is both a danger to the safety of another person or the community. Accordingly, the court orders the defendant released under 18 U.S.C. §§ 3142(b) and (c), with the specific order that the defendant, defense counsel, and representatives of the COSA program meet with the supervising probation officer within twenty-four hours of the defendant's release from custody to confirm that the defendant has read and understood all of the standard and special conditions that have been imposed by the court by previous orders. The court also adds an additional special condition that the defendant, and his person and any of his

property, is subject to search at any time for any reason by either the supervising probation officers and/or a representative of the COSA program.  Any possible noncompliance with the court's standard and special conditions of supervision shall immediately be brought to the court's attention.

IT IS SO ORDERED.

Dated:  **October 15, 2018**        **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE