PHILLIP A. TALBERT
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00487-NONE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| REED DANIEL FRANCIS, | PROPOSED DATE: September 8, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

This case is set for a status conference on June 29, 2021. The court ordered, on June 16, 2021, the parties to provide a status update or a request to continue the matter. In response to that order defense counsel indicated that he will need additional time to prepare by doing things such as reviewing old files, communicating with the defendant, doing research, and investigation of facts referenced in the violation petition. Because this case involves an alleged supervised release violation, the Speedy Trial Act is not a problem that should preclude the court from granting the defense's request for additional time. The government does not oppose the request.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was set for a status conference for June 29, 2021.

2. By this stipulation, the parties move to continue the status conference until September 8, 2021.

IT IS SO STIPULATED.

Dated:  June 25, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ David Gappa
David L. Gappa
Assistant United States Attorney

Dated:  June 25, 2021

/s/ Victor Chavez
(authorized on 6/25/21)
Victor Chavez
Counsel for Defendant
REED DANIEL FRANCIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>REED DANIEL FRANCIS,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:05-CR-00487-NONE<br><br>FINDINGS AND ORDER<br><br>PROPOSED DATE: September 8, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation that the parties filed on June 25, 2021. Based on the reasons articulated in that filing, the court finds good cause to move the current status conference re violation of supervised release from June 29, 2021, to **September 8, 2021, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean,** because it results from a continuance granted by the court at defendant's request on the basis of the court's finding that the ends of justice are best served by taking such action.

IT IS SO ORDERED.

Dated:　**June 28, 2021**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE