VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
REED DANIEL FRANCIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-CR-00487-NONE-SKO |
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; ORDER** |
| vs. | |
| REED DANIEL FRANCIS | Date: January 7, 2022 <br> Time: 9:30 a.m. |
| *Defendant.* | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by the parties through their respective counsel that sentencing now set for December 2, 2021 may be rescheduled to January 7, 2022.  Defendant has proposed this stipulation because he needs additional time to prepare for sentencing in that counsel has not yet reviewed the Dispositional Memorandum with his client because  his unit was  under quarantine.  Also, defense is awaiting updated medical records.

///

///

///

///

///

1
2
3
4
5
6  ///
7  ///
8  ///
9
10                                         Respectfully submitted,

11 Dated:  November 30, 2021              */s/ Victor M. Chavez*
                                          VICTOR M. CHAVEZ
12                                        Attorney for Defendant

13

14 Dated:  November 30, 2021              */s/ David L. Gappa*
                                          DAVID L. GAPPA
15                                        Assistant U.S. Attorney for Plaintiff

16
17
18
19                                         **ORDER**
20
21 IT IS SO ORDERED.

22     Dated:  **December 1, 2021**        _____
                                           Dale A. Drozd
23                                         UNITED STATES DISTRICT JUDGE
24
25
26
27
28